Terrace Ellis
1617 Foxworthy Avenue
San Jose, CA  95118
408-621-6210
Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TERRACE ELLIS, | Case No. 5:2015-CV-04974 |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| PERSOLVE, LLC., et.al. | |
| Defendant. | |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

I am the Plaintiff in this matter and I voluntary dismiss this lawsuit pursuant to Federal Rule of Civil Procedure 41(a).  Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

DATED:  January 29, 2016

By: _____ Terrace Ellis, Plaintiff

-1-
NOTICE OF DISMISSAL

## CERTIFICATE OF SERVICE

*Use this form to show that a paper or document (other than a complaint) was served (sent or delivered) to an opposing party in accordance with Federal Rule of Civil Procedure 5. A different form is needed to serve a complaint under Federal Rule of Civil Procedure 4.*

**Case name:** ELLIS V. PERSOLVE, LLC. ET AL

**Case number:** 5:2015-CV-04974

**What document was served?** *(Write the full name or title of the document or documents, e.g., "Plaintiff's Opposition to Defendant's Motion for Summary Judgment.")*

Title(s): NOTICE OF DISMISSAL WITH PREJUDICE

**How was the document served?** *(Check one.)*
- [x] Placed in U. S. Mail
- [ ] Sent by fax
- [ ] Hand-delivered
- [ ] Sent by delivery service (e.g., FedEx or UPS)

**To whom was the document sent?** *(Write the full name, address, and fax number of everyone who was sent the document. Usually, they will be the lawyers for the opposing parties.)*

Persolve, LLC., Michael Raichelson, Edit Alexandryan, and Robert Engilman

9301 Corbin Avenue, Suite 1600, Northridge, CA 91324

**When were the documents served?** *(When were they mailed, faxed, or delivered?)*

Date: 1-30-16

**Who served the documents?** *(Whoever puts it into the mail, faxes, hand-deliveres, or sends by delivery service should print his/her name, address and sign. You can also do this yourself.)*

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

Signature: *[signature]*

Printed name: Eugenia Zertuche

Address: 355 Santana Row, #2010, San Jose, CA 95128.